UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN SMITH,

    Plaintiff,

v.

    Case No. 17-11532

    Hon. John Corbett O'Meara

TERI TAYLOR-PEDERSEN,
MICHELLE RISLEY, A. LAWS
WRIGHT, THEODORE JOHNSON,
BARBARA BROWN, DAPHNE JOHNSON,
and DENISE ALLSBERRY,

    Magistrate Judge Anthony P. Patti

    Defendants.
_____/

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

Before the court is Magistrate Judge Anthony P. Patti's report and recommendation dated December 27, 2017. Magistrate Judge Patti recommends that the court grant Defendants Teri Taylor-Pedersen, A. Laws Wright, and Michelle Risley's motions to dismiss. Specifically, Magistrate Judge Patti recommends that the court dismiss all claims that Plaintiff brings under 42 U.S.C. § 1983 or criminal statutes with prejudice, and all Plaintiff's state law claims without prejudice. No objections to the report and recommendation have been filed.

With respect to reports and recommendations from magistrate judges, this

court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id. With no objections having been filed, the court finds no basis to disturb the magistrate judge's well-supported analysis and conclusions.

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Patti's December 27, 2017 report and recommendation is ADOPTED.

IT IS FURTHER ORDERED that Defendants Teri Taylor-Pedersen, A. Laws Wright, and Michelle Risley's motions to dismiss are GRANTED.

s/John Corbett O'Meara
United States District Judge

Date: February 6, 2018

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 6, 2018, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager