UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN SMITH,

     Plaintiff,

                                       Case No. 17-11532

v.

                                       Hon. John Corbett O'Meara

TERI TAYLOR-PEDERSEN,         Magistrate Judge Anthony P. Patti
MICHELLE RISLEY, A. LAWS
WRIGHT, THEODORE JOHNSON,
BARBARA BROWN, DAPHNE JOHNSON,
and DENISE ALLSBERRY,

     Defendants.
_____/

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

     Before the court is Magistrate Judge Anthony P. Patti's report and

recommendation dated April 30, 2018. Magistrate Judge Patti recommends that

the court dismiss Plaintiff's claims against Defendants Theodore Johnson, Barbara

Brown, Daphne Johnson, and Denise Allsbery because Plaintiff's complaint fails to

state a claim upon which relief may be granted. No objections have been filed.

     With respect to reports and recommendations from magistrate judges, this

court "shall make a *de novo* determination of those portions of the report or

specified proposed findings or recommendations to which objection is made." 28

U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in

part, the findings or recommendations made by the magistrate." Id. In light of Plaintiff's failure to object, the court will adopt the magistrate judge's thorough and well-reasoned report and recommendation.

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Patti's April 30, 2018 report and recommendation is ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's request for appointment of counsel is DENIED.

s/John Corbett O'Meara
United States District Judge

Date: May 24, 2018

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 24, 2018, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager